

Richard B. Curtis
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Richard.Curtis@lewisbrisbois.com
Direct: 415.438.5903

July 31, 2018

**VIA ELECTRONIC SERVICE BY ECF**

Magistrate Judge Elizabeth D. Laporte
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

    RE:    *Buenrostro v. BMW of North America, LLC et al*
            *Case No. 3:18-cv-01937-EDL*

Your Honor:

Our office represents, defendant BMW of North America, LLC in the above referenced case. There is a Case Management Conference on August 7, 2018 at 10:00 AM in your court.

We respectfully request that attorney, Richard B. Curtis, the handling attorney, be allowed to appear telephonically at said hearing.

Thank you in advance for your professional courtesy.

        Very truly yours,

        Richard B Curtis

        Richard B. Curtis for
        LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    Scott R Kaufman, Attorney for Plaintiff